## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONITOR SYSTEMS LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>M.H. CORBIN LLC,<br><br>      Defendant. | C.A. No. 25-1390-CFC |

### DEFENDANT M.H. CORBIN LLC'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Standing Order Regarding Disclosure Statements, through the undersigned counsel, Defendant M.H. Corbin LLC discloses as follows:

1. M.H. Corbin LLC is a single-member Delaware limited liability company and is wholly-owned by M.H. Corbin Holding LLC. No publicly held corporation owns 10% or more of M.H. Corbin LLC's stock.

2. M.H. Corbin Holding LLC is a Delaware limited liability company. The members of M.H. Corbin Holding LLC are: Laurel C. Corbin, an individual, and M.H. Corbin Inc.

3. M.H. Corbin Inc. is privately held. Its owners are the following individuals: Martha M. Corbin, Maxwell H. Corbin, Jr., Marshall M. Corbin, Laurel C. Corbin, Roger Spencer, Kevin Francis, and Alex Herring.

Dated: December 10, 2025

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant M.H. Corbin LLC*