# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONITOR SYSTEMS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>M.H. CORBIN LLC,<br><br>    Defendant. | C.A. No. 25-1390-CFC |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**

WHEREAS the parties have reached an agreement in principle to settle this matter but have not finalized the settlement itself;

WHEREAS the deadline for Defendant M.H. Corbin to respond to the Complaint is December 31, 2025; and

WHEREAS the parties wish to further extend this deadline by 7 days;

Now therefore, IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of the Court, that the deadline for Defendant M.H. Corbin LLC to answer, move, or otherwise respond to the Complaint shall be extended to January 7, 2026 (from December 31, 2025).

Dated: December 31, 2025

| | |
|---|---|
| **SILVERMAN, McDONALD & FRIEDMAN** | **SMITH KATZENSTEIN & JENKINS LLP** |
| */s/ Brian E. Lutness* <br> Brian E. Lutness (#3572) <br> 1523 Concord Pike, Suite 400 <br> Wilmington, DE 19803 <br> (302) 888-2900 <br> brian@silverman-mcdonald.com <br><br> *Attorneys for Plaintiff Monitor Systems LLC* | */s/ Daniel A. Taylor* <br> Neal C. Belgam (No. 2721) <br> Daniel A. Taylor (No. 6934) <br> 1000 N. West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> nbelgam@skjlaw.com <br> dtaylor@skjlaw.com <br><br> *Attorneys for Defendant M.H. Corbin LLC* |

SO ORDERED this ____ day of _____ 202_.

_____
The Honorable Colm F. Connolly
Chief United States District Judge