# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Monitor Systems LLC,**<br>   Plaintiff,<br><br>             *v.*<br><br>**M.H. Corbin LLC,**<br>   Defendant. | CASE NO. 1:25-CV-01390-CFC<br>PATENT CASE<br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Monitor Systems LLC pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses **with prejudice** all claims by Plaintiff against Defendant M.H. Corbin LLC.  Each party shall bear its own costs, expenses, and attorneys' fees. No party has filed an answer or motion for summary judgment in this action.

Date: January 7, 2026

Respectfully submitted,

*/s/ Brian E. Lutness*
Brian E. Lutness, Esq.
DE Bar ID No.: 3572
Silverman, McDonald & Friedman
1523 Concord Pike, Suite 400
Wilmington, DE 19803
302-888-2900
brian@silverman-mcdonald.com

Isaac Rabicoff
Rabicoff Law LLC

(*pro hac vice* forthcoming)
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
Tel. (773) 669-4590
issac@rabilaw.com

***Attorneys for Plaintiff***
***Monitor Systems LLC***

**SO ORDERED**, this _____ day of _____, 2026.

_____
United States District Judge